UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADAM RAWLS | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| ROWAN COMPANIES, INC. | § | MAGISTRATE: _____ |

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, ADAM RAWLS, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named Defendant is ROWAN COMPANIES, INC. (hereinafter ROWAN), a corporation engaged in the business of offshore drilling.

3.

At all times material to the incidents made the basis of this lawsuit, Plaintiff, ADAM RAWLS, was employed by the Defendant, ROWAN, as a lead floor hand and member of the crew assigned to the drill ship, D/S ROWAN RELENTLESS.

4.

At all times material to the incident made the basis of this lawsuit, the D/S ROWAN RELENTLESS was a vessel owned, operated and/or controlled by the Defendant, ROWAN, and was operating in the navigable waters of the Gulf of Mexico.

5.

At all times material to the incident made the basis of this lawsuit, Jack Fields was employed by ROWAN as the driller aboard the D/S ROWAN RELENTLESS and was the supervisor of ADAM RAWLS.

6.

Over the course of his service as a seaman aboard the D/S ROWAN RELENTLESS and under the immediate command of Jack Fields (which was a period of approximately seven months), Plaintiff, ADAM RAWLS, was subjected to physical and verbal harassment, intimidation and abuse based upon his race by his immediate supervisor, the driller of the D/S RELENTLESS, Jack Fields.  This included being shoved (and nearly being caused to fall through the moon pool which would have caused his death), being forcefully grabbed and threatened with violence, deliberately being assigned unpleasant and/or demeaning work tasks, being spit at, being referred to by slurs, such as "nigger", and being called "boy" all of which culminated in ADAM RAWLS having to be flown in from the rig and rushed to medical treatment for symptoms of heart attack on or about January 17, 2016.

7.

The aforementioned physical injuries to Plaintiff have caused Plaintiff to be and remain under doctor's care for severe anxiety, post traumatic stress disorder, severe

depression and anxiety / panic attacks which cause dangerous spikes to his heart rate and dangerous elevation of his blood pressure since January 17, 2016. His heart condition has required Plaintiff to be taken to the hospital on multiple occasions since January 17, 2016.

8.

Plaintiff's physicians have disabled him from work. At the time of this incident, Plaintiff earned approximately $85,000.00 a year.

9.

The physical and mental abuse of ADAM RAWLS was witnessed, known and/or condoned by other ROWAN personnel aboard the D/S ROWAN RELENTLESS, including the supervisors of the driller, Jack Fields.

10.

A cause of this incident was the fault and/or negligence attributable to the Defendant, ROWAN, in the following non-exclusive respects:

    a.    failing to provide the Plaintiff with a safe place to work;

    b.    failing to adequately train, monitor and /or supervise its employees;

    c.    failing to act to protect Plaintiff from the physical and verbal abuse of supervisory personnel; and,

    d.    other actions or failures to act which may be proven at trial.

11.

A proximate cause of this incident herein was the unseaworthiness of the D/S ROWAN RELENTLESS.

12.

This incident occurred while Plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.

13.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, ADAM RAWLS, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

a. Past and future loss of wages and benefits;

b. Impairment of future earning capacity;

c. Physical pain and suffering;

d. Mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Permanent disability;

g. Post Traumatic Stress Disorder;

h. Loss of enjoyment of life; and,

i. Additional damages to be shown at the trial of this action.

14.

Plaintiff was not at fault in causing this incident or the resulting damages. In fact, ROWAN's representatives have traveled from its Houston headquarters to New Orleans to apologize in person for ROWAN's egregious behavior.

15.

Plaintiff, a Jones Act seaman, requests a trial by jury.

WHEREFORE, Plaintiff, ADAM RAWLS, prays for judgement herein and against

Defendant, ROWAN COMPANIES, INC. and prays that Defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, ADAM RAWLS, and against Defendant herein, ROWAN COMPANIES, INC. in the total sum of FIVE MILLION ($5,000,000.00) DOLLARS, for trial by jury, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC


**/s/ Berney L. Strauss**
Berney L. Strauss, T.A. #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

AND

THE CHOPIN LAW FIRM, LLC
Richard A. Chopin #4088
Justin M. Chopin #31100
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
504-264-5600 (telephone)
504-324-0640 (facsimile)
Rchopin@ChopinLawFirm.com